NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERFACE, INC.,**
*Appellant*

**v.**

**TANDUS CENTIVA INC.,**
*Appellee*

---

2015-1475

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00333.

---

**ON MOTION**

---

**O R D E R**

Appellee moves to amend the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption and short caption are reflected in this order.

2                     INTERFACE, INC. v. TANDUS CENTIVA INC.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27